**STATE of Rhode Island**

v.

**Gerard OUIMETTE.**

**No. 77–316–C.A.**

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Gen., for plaintiff.

Peter A. DiBiase, Richard A. Gonnella, Providence, for defendant.

## ORDER

The petition for attorney's fees pursuant to G.L. 1956 (1969 Reenactment) § 9–24–32 is granted. Richard A. Gonnella is awarded

a fee of $3,080.00 and Peter A. DiBiase is awarded a fee of $500.00 for services performed on defendant's behalf in this appeal.

BEVILACQUA, C. J., and DORIS, J., did not participate.